IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:22-CR-00152-KDB-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| V. | ) **ORDER** |
| | ) |
| VICTOR MANUEL VIDALES, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion to Dismiss (Doc. No. 20) the Indictment (Doc. No. 1) without prejudice, following Victor Manuel Vidales's guilty plea to the Bill of Information filed in Case No. 3:22-cr-00239-KDB. The Court **GRANTS** the Government's Motion.

**IT IS THEREFORE ORDERED** that the Indictment (Doc. No. 1) be **DISMISSED** without prejudice.

Signed: October 24, 2022

Kenneth D. Bell
United States District Judge